JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Robert W. Olson, Jr., a Professional Corporation, <br><br>     Plaintiff, <br><br>   v. <br><br> Lubczuk Dental Corporation and Andrzej Lubczuk, <br><br>     Defendants. | No. 5:13-cv-02096-FMO (SPx) <br><br> JUDGMENT <br><br><br><br><br> Judge:  Fernando M. Olguin |

   Pursuant to stipulation between plaintiff Robert W. Olson, Jr., a Professional Corporation, and defendants Lubczuk Dental Corporation and Andrzej Lubczuk, the court enters the following judgment:

   1.   This is a suit for infringement of a federally registered copyright. This court has subject matter jurisdiction under 28 U.S.C. § 1338(a).

   2.   Personal jurisdiction and venue against defendants are proper.

   3.   On January 4, 2013, Olson PC registered a group of legal forms with the United States Copyright Office. The Copyright Office issued the registration and assigned it Registration No. TX0007620893. Plaintiff owns the copyright and the registration ("Olson Copyright").

   4.   Defendants infringed the Olson Copyright although defendants assert that their infringement was innocent.

5. Defendants will pay as damages to plaintiff $7,000 within ten days of their executing this judgment. Payment may be by check payable to Robert W. Olson, Jr., a Professional Corporation and addressed to plaintiff's attorney at the address in the caption.

6. If defendants fail to make the $7,000 within ten days, defendants will be jointly and severably liable for attorney fees and costs incurred in any collection effort.

7. Defendants and their principals, shareholders, officers, directors, employees, successors, assigns, suppliers, agents, servants, and attorneys, and all those persons in active concert, participation or privity with them, or any of them are permanently enjoined from further infringement of the Olson Copyright.

8. All parties will bear their own costs and attorney fees.

Dated: February 18, 2014           /s/ Fernando M. Olguin
                                   United States District Judge